IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MECUM,

           Plaintiff,

      v.

MARTIN O'MALLEY,
Commissioner of Social Security,

           Defendant.

ORDER

24-cv-229-wmc

---

Pursuant to a stipulation for remand (dkt. #11) filed by the parties on September 20, 2024, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 20th day of September, 2024.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge